DAVIDSON *v.* FOX.

ATTACHMENT—SERVICE AND RETURN.
 Case ruled by *Davidson* v. *Fox*, 120 Mich. 385.

Error to Wayne; Carpenter, J. Submitted April 20, 1899. Decided September 12, 1899.

Trover by Alexander Davidson against David W. Fox, the Detroit Journal Company, Fred H. Lutz, and William W. Watson. From a judgment for defendants on verdict directed by the court, plaintiff brings error. Affirmed.

*George W. Bates*, for appellant.

*Bacon & Palmer*, for appellee Watson.

*A. Ward Copley* (*Cutcheon & Stellwagen*, of counsel), for other appellees.

PER CURIAM. The questions raised in this case are disposed of in the case of *Davidson* v. *Fox*, 120 Mich. 385. The judgment must be affirmed.